# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2418

———————————————

HARVEY VIRGIL,

  Appellant,

v.

DEPARTMENT OF HEALTH,

  Appellee.

———————————————

On appeal from a Florida Department of Health, Board of Nursing, Final Order.
Joe R. Baker, Jr., Executive Director.

June 21, 2019

PER CURIAM.

  AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

———————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————

Harvey Virgil, pro se, Appellant.

Louise Wilhite-St. Laurent, Christine E. Lamia, and Sarah Young Hodges,  Department of Health, Tallahassee, for Appellee.